# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** MICHAEL JAY ADELSON & KAREN JANE CAHN-ADELSON
**Case Number:** 2:10-BK-09934-CGC  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, JANUARY 19, 2011 11:00 AM  6TH FLOOR #601
**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:** RHONDA VAUGHAN
**Reporter / ECR:** KAYLA COLASONT

## Matters:

1) INITIAL CONFIRMATION HEARING ON CHAPTER 11 PLAN OF REORGANIZATION
   **R / M #:** 53 / 0

2) **ADV: 2-10-01532**
   **MICHAEL JAY ADELSON & KAREN JANE CAHN-ADELSON vs WELLS FARGO BANK, N.A.**
   CONTINUED RULE 16(b) SCHEDULING CONFERENCE
   **R / M #:** 1 / 0

3) CONTINUED MOTION FOR RELIEF FROM STAY FILED BY RONALD M. HORWITZ OF JABURG & WILK, P.C. ON BEHALF OF WELLS FARGO BANK, N.A.
   **R / M #:** 51 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR KAREN JANE CAHN-ADELSON, MICHAEL JAY ADELSON
NEAL BOOKSPAN, ATTORNEY FOR WELLS FARGO BANK, N.A.
LEONARD MCDONALD, ATTORNEY FOR CHASE HOME FINANCE

## Proceedings:

Mr. Newdelman provides the Court with a report on the balloting and advises the affidavits of Debtors were filed on January 18, 2011; Mr. Newdelman moves for confirmation of the plan.

THE COURT WILL SIGN THE ORDER CONFIRMING THE CHAPTER 11 PLAN WHEN SIGNED BY MR. MCDONALD; MR. BOOKSPAN DOES NOT NEED TO SIGN THE ORDER.